UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
ROBERT MCQUILKIN,                    1:19-cv-16429 (NLH)

            Petitioner,              MEMORANDUM OPINION & ORDER

     v.

WARDEN DAVID ORTIZ,

            Respondent.
```

**APPEARANCES**:

Robert McQuilkin
48130-066
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner pro se

Craig Carpenito, United States Attorney
Elizabeth A. Pascal Assistant U.S. Attorney
Camden Federal Building and U.S. Courthouse
401 Market Street
P.O. Box 2098
Camden, NJ 08101

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Robert McQuilkin filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on August 7, 2019, see ECF No. 1; and

    WHEREAS, on October 7, 2019, Petitioner filed a motion for an order to show cause, asking the Court to "issue writ or order

to show cause upon Respondent directing him to show cause why the writ should not be granted," ECF No. 7; and

WHEREAS, the Court screened the § 2241 petition and ordered the United States to answer the petition on October 11, 2019, see ECF No. 8; and

WHEREAS, the United States filed its answer on November 26, 2019, see ECF No. 10,

THEREFORE, IT IS on this   4th   day of June, 2020

ORDERED that the motion for an order to show cause, ECF No. 7, is dismissed as moot; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey         s/ Noel L. Hillman
                              NOEL L. HILLMAN, U.S.D.J.